WHITE O'CONNOR FINK & BRENNER LLP
 Lee S. Brenner (STATE BAR NO. 180235)
 Allison S. Rohrer (STATE BAR NO. 224029)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
lbrenner@whiteo.com
arohrer@whiteo.com

Attorneys for Thirty-Four Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

NOTE: CHANGES MADE BY THE COURT

| | |
|---|---|
| Sheri H. Gilbert, an individual, | CASE NO. 2:09-cv-02231 RGK (RZ) |
| Plaintiff, | (The Honorable R. Gary Klausner) |
| v. | **JUDGMENT DISMISSING PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| NEW LINE PRODUCTIONS, INC., a California Corporation; NEW LINE HOME ENTERTAINMENT, INC., a New York Corporation; NEW LINE INTERNATIONAL RELEASING, INC., a California Corporation; NEW LINE TELEVISION, INC., a California Corporation; NEW LINE CINEMA CORPORATION, a Delaware Corporation; TURNER BROADCASTING SYSTEM, INC., a Georgia Corporation; WARNER HOME VIDEO INC., a Delaware Corporation; WARNER BROS. HOME ENTERTAINMENT, INC., a Delaware Corporation, formerly d/b/a Warner Home Video, Inc.; WARNER BROS. ENTERTAINMENT INC., a Delaware Corporation; WARNER COMMUNICATIONS INC., a Delaware Corporation; TIME WARNER, INC., a Delaware Corporation; BENDER-SPINK, INC., a California Corporation; CHRIS BENDER, individually and as an agent of Bender-Spink, Inc.; J.C. SPINK, individually and as an agent of Bender-Spink, Inc.; SPRING CREEK PRODUCTIONS, INC., a California | Fed. R. Civ. Proc. 58<br><br>Trial Date: April 13, 2010 |

| | |
|---|---|
| 1 | Corporation; PAULA WEINSTEIN, individually and as an agent of Spring Creek Productions, Inc.; AVERY PIX, INC., a California Corporation; AVERY PRODUCTIONS, INC., a California Corporation; KUMAR MOBILIENGESELLSCHAFT MBH & CO. PROJEKT NR. 1 KG, a German Company; MICHAEL FLYNN; NUYORICAN PRODUCTIONS, INC., a California Corporation; JULIO CARO; ROBERT LUKETIC; FIRECRACKER PRODUCTIONS, INC., a California Corporation; ANYA KOCHOFF, a/k/a Anya Kochoff Romano, f/k/a Anya Kochoff Landes, individually and as an agent of Firecracker Productions, Inc.; WRITTEN IN STONE, INC., a California Corporation; RICHARD LAGRAVENESE, individually and as an agent of Written in Stone, Inc.; JANE FONDA; JENNIFER LOPEZ, individually and as an agent of Nuyorican Productions, Inc.; MICHAEL VARTAN; WANDA SYKES; MIGUEL A. NUNEZ, JR.; VILLAGE ROADSHOW PICTURES ENTERTAINMENT INC., a Delaware Corporation; VILLAGE ROADSHOW, LTD, an Australian Corporation; SANTA FE PRODUCTIONS NV, a Belgian Public Limited Liability Company, d/b/a Paradiso Entertainment; PARADISO ENTERTAINMENT NEDERLANDS BV, a Dutch Private Limited Company; PARADISO HOME ENTERTAINMENT, a Dutch Company; ENTERTAINMENT FILM DISTRIBUTORS LTD, a British Corporation; METROPOLITAN FILMEXPORT, a French Corporation; CW MEDIA, INC., a Canadian Corporation, f/k/a Alliance Atlantis Communications Inc., d/b/a Motion Picture Distribution LP; CW MEDIA SALES INC./CW VENTES MEDIA INC., a Canadian Corporation; CANWEST GLOBAL COMMUNICATIONS CORP., a Canadian Corporation; ALLIANCE FILMS, INC., a Canadian Corporation, f/k/a Alliance Atlantis Communications Inc., d/b/a Motion Picture Distribution |

| | |
|---|---|
| 1 | LP; YLEISRADIO OY, a/k/a YLE, a Finnish Company; FS FILM OY, a Finnish Company; DISTRIBUTION COMPANY, S.A., an Argentinean Company; THE ENDEAVOR AGENCY, LLC, a Delaware Limited Liability Company; ADRIANA ALBERGHETTI, individually and as an agent of the Endeavor Agency, LLC; THE INDEPENDENT FEATURE PROJECT, INC., a New York Corporation; FILM INDEPENDENT, INC., a California Corporation, f/k/a Independent Feature Project/West; and DOES 1 through 10, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |

09-2231 Gilbert v. New Line Productions, Inc. [Proposed] Judgment
Dismissing Plaintiff's Second Amended Complaint.DOC

**[PROPOSED] JUDGMENT**

On November 16, 2009, by written Order (Docket Entry 421), this Court consolidated and granted three (3) motions of the Thirty-Four Defendants to dismiss the Second Amended Complaint of Plaintiff Sheri H. Gilbert ("Plaintiff") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.[1]  The motions to dismiss were filed on behalf of certain of the Thirty-Four Defendants (Docket Entries 369, 374, 376), and all of the Thirty-Four Defendants joined in said motions (Docket Entries 379, 380, 381).  Defendant Film Independent, Inc. ("Film Independent") joined in one of the motions (Docket Entry 404).

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that:

1. Pursuant to the Court's November 16, 2009 Order, which is incorporated herein by reference, Plaintiff's Second Amended Complaint against the Thirty-Four Defendants and Film Independent, and each cause of action therein, is dismissed in its entirety.

2. The Thirty-Four Defendants and Film Independent are the prevailing parties in this action and are entitled to their costs.

/ / /

---

[1] The Thirty-Four Defendants are: Adriana Alberghetti; Avery Pix, Inc.; Chris Bender; Bender-Spink, Inc.; CW Media Inc.; Julio Caro; Distribution Company Argentina, S.A.; Firecracker Productions, Inc.; Michael Flynn; Jane Fonda; Anya Kochoff; Kumar Mobiliengesellschaft mbH & Co. PROJEKT NR. 1 KG; Richard Lagravenese; Jennifer Lopez; Robert Luketic; New Line Cinema Corporation; New Line Home Entertainment, Inc.; New Line International Releasing, Inc.; New Line Productions, Inc.; New Line Television, Inc.; Nuyorican Productions, Inc.; J.C. Spink; Spring Creek Productions, Inc.; Wanda Sykes; The Endeavor Agency, LLC; Time Warner Inc.; Turner Broadcasting System, Inc.; Michael Vartan; Warner Bros. Entertainment Inc.; Warner Bros. Home Entertainment Inc.; Warner Communications Inc.; Warner Home Video Inc.; Paula Weinstein; and Written In Stone, Inc.

3. Requests for attorneys' fees may be made by regularly noticed motion to the Court, pursuant to Rule 54 of the Federal Rules of Civil Procedure and any other applicable rules and statutes, including Section 505 of the United States Copyright Act.

4. Requests for costs may be made by application to the Clerk of the Court, pursuant to Rule 54 of the Federal Rules of Civil Procedure, and any other applicable rules and statutes.

5. ~~The Thirty-Four Defendants are awarded their attorneys' fees in this action in the amount of $_____ and costs in this action in the amount of $_____.~~

6. ~~Film Independent is awarded its attorneys' fees in this action in the amount of $_____ and costs in this action in the amount of $_____.~~

DATED: _11/23/09_____

*Gary Klausner* (signature)

The Honorable R. Gary Klasuner
United States District Judge