Steven T. Lowe, SBN 122208
**LOWE LAW**, a Professional Corporation
11400 Olympic Boulevard, Suite 640
Los Angeles, California 90064
Telephone: (310)-477-5811
Facsimile: (310)-477-7672

Attorney for Plaintiff
Sheri H. Gilbert

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Sheri H. Gilbert, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NEW LINE PRODUCTIONS, INC., a California Corporation; NEW LINE HOME ENTERTAINMENT, INC., a New York Corporation; NEW LINE INTERNATIONAL RELEASING, INC., a California Corporation; NEW LINE TELEVISION, INC., a California Corporation; NEW LINE CINEMA CORPORATION, a Delaware Corporation; TURNER BROADCASTING SYSTEM, INC., a Georgia Corporation; WARNER HOME VIDEO, INC., a Delaware Corporation; WARNER BROS. HOME ENTERTAINMENT INC., a Delaware Corporation, formerly d/b/a Warner Home Video, Inc.; WARNER BROS. ENTERTAINMENT INC., a Delaware Corporation; WARNER COMMUNICATIONS INC., a Delaware Corporation; TIME WARNER, INC., a Delaware Corporation; BENDER-SPINK, | CASE NO. 2:09-cv-02231 RGK (RZ) <br><br> (The Honorable R. Gary Klausner) <br><br> **NOTICE OF MOTION AND MOTION OF PLAINTIFF SHERI H. GILBERT FOR RECONSIDERATION OF THE JUDGMENT DISMISSING PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> **[Fed. R. Civ. P. 59(e) and L.R. 7-18]** <br><br> [*Declaration of Lew Hunter filed concurrently herewith*] <br><br> Date: February 1, 2010 <br> Time: 9:00 a.m. <br> Courtroom: 850 <br><br> Trial Date: April 13, 2010 |

-1-

| | |
|---|---|
| 1 | INC., a California Corporation; CHRIS ) |
| 2 | BENDER, individually and as an agent of ) |
|   | Bender-Spink, Inc.; J.C. SPINK, ) |
| 3 | individually and as an agent of Bender- ) |
| 4 | Spink, Inc.; SPRING CREEK ) |
|   | PRODUCTIONS, INC., a California ) |
| 5 | Corporation; PAULA WEINSTEIN, ) |
| 6 | individually and as an agent of Spring ) |
|   | Creek Productions, Inc.; AVERY PIX, ) |
| 7 | INC., a California Corporation; KUMAR ) |
| 8 | MOBILIENGESELLSCHAFT MBH & ) |
|   | CO. PROJEKT NR. 1 KG, a German ) |
| 9 | Company; MICHAEL FLYNN; ) |
| 10 | NUYORICAN PRODUCTIONS, INC., a ) |
|   | California Corporation; JULIO CARO; ) |
| 11 | ROBERT LUKETIC; FIRECRACKER ) |
| 12 | PRODUCTIONS, INC., a California ) |
|   | Corporation; ANYA KOCHOFF, a/k/a ) |
| 13 | Anya Kochoff Landes, individually and as ) |
| 14 | an agent of Firecracker Productions, Inc.; ) |
|   | WRITTEN IN STONE, INC., a California ) |
| 15 | Corporation; RICHARD ) |
| 16 | LAGRAVENESE, individually and as an ) |
|   | agent of Written in Stone, Inc.; JANE ) |
| 17 | FONDA; JENNIFER LOPEZ, ) |
| 18 | individually and as an agent of Nuyorican ) |
|   | Productions, Inc.; MICHAEL VARTAN; ) |
| 19 | WANDA SYKES; MIGUEL A. NUNEZ, ) |
| 20 | JR.; VILLAGE ROADSHOW, LTD, an ) |
|   | Australian Corporation; SANTA FE ) |
| 21 | PRODICTIONS NV, a Belgian Public ) |
| 22 | Limited Liability Company, d/b/a ) |
|   | Paradiso Entertainment; PARADISO ) |
| 23 | ENTERTAINMENT NEDERLANDS ) |
| 24 | BV, a Dutch Private Limited Company; ) |
|   | PARADISO HOME ) |
| 25 | ENTERTAINMENT, a Dutch Company; ) |
| 26 | ENTERTAINMENT FILM ) |
|   | DISTRIBUTORS LTD, a British ) |
| 27 | Corporation; METROPOLITAN ) |
| 28 | FILMEXPORT, a French Corporation; ) |

| | |
|---|---|
| 1  CW MEDIA, INC., a Canadian Corporation, f/k/a Alliance Atlantis Communications Inc., d/b/a Motion Picture Distribution LP; CW MEDIA SALES INC./CW VENTES MEDIA INC., a Canadian Corporation; CANWEST GLOBAL COMMUNICATIONS CORP., a Canadian Corporation; ALLIANCE FILMS, INC., a Canadian Corporation, f/k/a Alliance Atlantis Communications Inc., d/b/a Motion Picture Distribution LP; YLEISRADIO OY, a/k/a YLE, a Finnish Company; FS FILM OY, a Finnish Company; DISTRIBUTION COMPANY, S.A., an Argentinean Company; THE ENDEAVOR AGENCY, LLC, a Delaware Limited Liability Company; ADRIANA ALBERGHETTI, individually and as an agent of the Endeavor Agency, LLC; FILM INDEPENDENT, INC., a California Corporation, f/k/a Independent Feature Project/West; and DOES 1 through 10, inclusive,<br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

TO THE COURT, THE PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that on February 1, 2010, at 9:00 a.m., or as soon thereafter as the parties may be heard, before the Honorable R. Gary Klausner, United States District Judge, in Courtroom No. 850, located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012, Plaintiff Sheri H. Gilbert will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 59(e) and Local Rule 7-18, to reconsider and to alter or amend its Judgment dismissing the Second Amended Complaint in this action on the grounds that:

(1) the Judgment dismissing Plaintiff's Second Amended Complaint encompasses adverse rulings that are outside of the issues that were presented by the prevailing parties' motions;

(2) the Judgment dismissing Plaintiff's Second Amended Complaint is based upon clear errors of law, and, as a result, inflicts a manifest injustice upon the Plaintiff;

(3) the Judgment dismissing Plaintiff's Second Amended Complaint is based upon a fundamental misapprehension of the literary bases of Plaintiff's claims;

(4) the Judgment dismissing Plaintiff's Second Amended Complaint is the product of a manifest failure by the Court to consider material facts that were presented to the Court before such decision was entered; and

(5) there are new material facts, as well as material differences in the facts and the law, which, in the exercise of reasonable diligence, the Plaintiff previously could not have presented to the Court.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Lew Hunter filed concurrently herewith, the pleadings and papers on file in this action, and upon such further evidence and arguments as may be presented in Plaintiff's Reply or at the hearing on this Motion.

-4-

1 |      This Motion is made following the conference of counsel pursuant to Local
2 | Rule 7-3, which took place on December 2, 2009.

                                                Respectfully submitted,
                                                LOWE LAW, P.C.

Dated: December 9, 2009.                By _____
                                                    Steven T. Lowe

                                                Attorney for the Plaintiff