WHITE O'CONNOR FINK & BRENNER LLP
  Lee S. Brenner (STATE BAR NO. 180235)
  Allison S. Rohrer (STATE BAR NO. 224029)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
lbrenner@whiteo.com
arohrer@whiteo.com

Attorneys for Thirty-Four Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Sheri H. Gilbert, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEW LINE PRODUCTIONS, INC., a California Corporation; NEW LINE HOME ENTERTAINMENT, INC., a New York Corporation; NEW LINE INTERNATIONAL RELEASING, INC., a California Corporation; NEW LINE TELEVISION, INC., a California Corporation; NEW LINE CINEMA CORPORATION, a Delaware Corporation; TURNER BROADCASTING SYSTEM, INC., a Georgia Corporation; WARNER HOME VIDEO INC., a Delaware Corporation; WARNER BROS. HOME ENTERTAINMENT, INC., a Delaware Corporation, formerly d/b/a Warner Home Video, Inc.; WARNER BROS. ENTERTAINMENT INC., a Delaware Corporation; WARNER COMMUNICATIONS INC., a Delaware Corporation; TIME WARNER, INC., a Delaware Corporation; BENDER-SPINK, INC., a California Corporation; CHRIS BENDER, individually and as an agent of Bender-Spink, Inc.; J.C. SPINK, individually and as an agent of Bender-Spink, Inc.; SPRING CREEK PRODUCTIONS, INC., a California Corporation; PAULA WEINSTEIN, | CASE NO. 2:09-cv-02231 RGK (RZ)<br><br>(The Honorable R. Gary Klausner)<br><br>**AMENDED NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS BY THIRTY-FOUR DEFENDANTS**<br><br>**NEW DATE:**<br>Date:        December 30, 2009<br>Time:       9:00 a.m.<br>Location:  Telephonic Hearing<br><br>**OLD DATE:**<br>Date:        December 23, 2009<br>Time:       9:00 a.m.<br>Location:  Office of the Clerk<br>                   Room 917, 9th Floor<br>                   312 North Spring St.<br>                   Los Angeles, CA |

| | |
|---|---|
| 1 | individually and as an agent of Spring Creek Productions, Inc.; AVERY PIX, |
| 2 | INC., a California Corporation; AVERY PRODUCTIONS, INC., a |
| 3 | California Corporation; KUMAR MOBILIENGESELLSCHAFT MBH & |
| 4 | CO. PROJEKT NR. 1 KG, a German Company; MICHAEL FLYNN; |
| 5 | NUYORICAN PRODUCTIONS, INC., a California Corporation; JULIO |
| 6 | CARO; ROBERT LUKETIC; FIRECRACKER PRODUCTIONS, |
| 7 | INC., a California Corporation; ANYA KOCHOFF, a/k/a Anya Kochoff |
| 8 | Romano, f/k/a Anya Kochoff Landes, individually and as an agent of |
| 9 | Firecracker Productions, Inc.; WRITTEN IN STONE, INC., a |
| 10 | California Corporation; RICHARD LAGRAVENESE, individually and as |
| 11 | an agent of Written in Stone, Inc.; JANE FONDA; JENNIFER LOPEZ, |
| 12 | individually and as an agent of Nuyorican Productions, Inc.; |
| 13 | MICHAEL VARTAN; WANDA SYKES; MIGUEL A. NUNEZ, JR.; |
| 14 | VILLAGE ROADSHOW PICTURES ENTERTAINMENT INC., a Delaware |
| 15 | Corporation; VILLAGE ROADSHOW, LTD, an Australian Corporation; |
| 16 | SANTA FE PRODUCTIONS NV, a Belgian Public Limited Liability |
| 17 | Company, d/b/a Paradiso Entertainment; PARADISO |
| 18 | ENTERTAINMENT NEDERLANDS BV, a Dutch Private Limited Company; |
| 19 | PARADISO HOME ENTERTAINMENT, a Dutch |
| 20 | Company; ENTERTAINMENT FILM DISTRIBUTORS LTD, a British |
| 21 | Corporation; METROPOLITAN FILMEXPORT, a French Corporation; |
| 22 | CW MEDIA, INC., a Canadian Corporation, f/k/a Alliance Atlantis |
| 23 | Communications Inc., d/b/a Motion Picture Distribution LP; CW MEDIA |
| 24 | SALES INC./CW VENTES MEDIA INC., a Canadian Corporation; |
| 25 | CANWEST GLOBAL COMMUNICATIONS CORP., a |
| 26 | Canadian Corporation; ALLIANCE FILMS, INC., a Canadian Corporation, |
| 27 | f/k/a Alliance Atlantis Communications Inc., d/b/a Motion Picture Distribution |
| 28 | LP; YLEISRADIO OY, a/k/a YLE, a |

| | |
|---|---|
| 1 | Finnish Company; FS FILM OY, a Finnish Company; DISTRIBUTION |
| 2 | COMPANY, S.A., an Argentinean Company; THE ENDEAVOR |
| 3 | AGENCY, LLC, a Delaware Limited Liability Company; ADRIANA |
| 4 | ALBERGHETTI, individually and as an agent of the Endeavor Agency, LLC; |
| 5 | THE INDEPENDENT FEATURE PROJECT, INC., a New York |
| 6 | Corporation; FILM INDEPENDENT, INC., a California Corporation, f/k/a |
| 7 | Independent Feature Project/West; and DOES 1 through 10, inclusive, |
| 8 | Defendants. |

247652.1.doc

AMENDED NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS BY THIRTY-FOUR DEFENDANTS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the Thirty-Four Defendants[1] hereby amend their Notice of Application to the Clerk to tax costs as follows:

On December 30, 2009, at 9 a.m., the Thirty-Four Defendants will request the Clerk of this Court, located at Room 917, 9th Floor, 312 North Spring Street, Los Angeles, California, 90012, to tax costs in this case. The hearing will be conducted telephonically.

DATED: December 14, 2009

Respectfully submitted,
WHITE O'CONNOR FINK & BRENNER LLP
Lee S. Brenner
Allison S. Rohrer
By  /s Allison S. Rohrer
       Allison S. Rohrer
Attorneys for Thirty-Four Defendants

---

[1] The Thirty-Four Defendants are: Adriana Alberghetti; Avery Pix, Inc.; Chris Bender; Bender-Spink, Inc.; CW Media Inc.; Julio Caro; Distribution Company Argentina, S.A.; Firecracker Productions, Inc.; Michael Flynn; Jane Fonda; Anya Kochoff; Kumar Mobiliengesellschaft mbH & Co. PROJEKT NR. 1 KG; Richard Lagravenese; Jennifer Lopez; Robert Luketic; New Line Cinema Corporation; New Line Home Entertainment, Inc.; New Line International Releasing, Inc.; New Line Productions, Inc.; New Line Television, Inc.; Nuyorican Productions, Inc.; J.C. Spink; Spring Creek Productions, Inc.; Wanda Sykes; The Endeavor Agency, LLC; Time Warner Inc.; Turner Broadcasting System, Inc.; Michael Vartan; Warner Bros. Entertainment Inc.; Warner Bros. Home Entertainment Inc.; Warner Communications Inc.; Warner Home Video Inc.; Paula Weinstein; and Written In Stone, Inc.