1  WHITE O'CONNOR FINK & BRENNER LLP
   Lee S. Brenner (STATE BAR NO. 180235)
2   Allison S. Brehm (STATE BAR NO. 224029)
   10100 Santa Monica Boulevard, Twenty-Third Floor
3  Los Angeles, California 90067-4008
   Telephone: (310) 712-6100
4  Facsimile: (310) 712-6199
   lbrenner@whiteo.com
5  abrehm@whiteo.com

6  Attorneys for Thirty-Four Defendants

7

8              UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10 Sheri H. Gilbert, an individual,              CASE NO. 2:09-cv-02231 RGK (RZ)

11           Plaintiff,                          [PROPOSED] JUDGMENT
                                                 DISMISSING PLAINTIFF'S
12      v.                                       SECOND AMENDED COMPLAINT

13 NEW LINE PRODUCTIONS, INC., a                 [Fed. R. Civ. P. 56; Local Rule 56-1]
   California Corporation; NEW LINE
14 HOME ENTERTAINMENT, INC., a
   New York Corporation; NEW LINE
15 INTERNATIONAL RELEASING,
   INC., a California Corporation; NEW
16 LINE TELEVISION, INC., a California
   Corporation; NEW LINE CINEMA
17 CORPORATION, a Delaware
   Corporation; TURNER
18 BROADCASTING SYSTEM, INC., a
   Georgia Corporation; WARNER
19 HOME VIDEO INC., a Delaware
   Corporation; WARNER BROS. HOME
20 ENTERTAINMENT, INC., a Delaware
   Corporation, formerly d/b/a Warner
21 Home Video, Inc.; WARNER BROS.
   ENTERTAINMENT INC., a Delaware
22 Corporation; WARNER
   COMMUNICATIONS INC., a
23 Delaware Corporation; TIME
   WARNER, INC., a Delaware
24 Corporation; BENDER-SPINK, INC., a
   California Corporation; CHRIS
25 BENDER, individually and as an agent
   of Bender-Spink, Inc.; J.C. SPINK,
26 individually and as an agent of Bender-
   Spink, Inc.; SPRING CREEK
27 PRODUCTIONS, INC., a California
   Corporation; PAULA WEINSTEIN,
28 individually and as an agent of Spring

258383.1.doc

[PROPOSED] JUDGMENT DISMISSING PLAINTIFF'S SECOND AMENDED COMPLAINT

1  Creek Productions, Inc.; AVERY PIX, INC., a California Corporation;

2  AVERY PRODUCTIONS, INC., a California Corporation; KUMAR

3  MOBILIENGESELLSCHAFT MBH & CO. PROJEKT NR. 1 KG, a German

4  Company; MICHAEL FLYNN; NUYORICAN PRODUCTIONS, INC.,

5  a California Corporation; JULIO CARO; ROBERT LUKETIC;

6  FIRECRACKER PRODUCTIONS, INC., a California Corporation; ANYA

7  KOCHOFF, a/k/a Anya Kochoff Romano, f/k/a Anya Kochoff Landes,

8  individually and as an agent of Firecracker Productions, Inc.;

9  WRITTEN IN STONE, INC., a California Corporation; RICHARD

10 LAGRAVENESE, individually and as an agent of Written in Stone, Inc.;

11 JANE FONDA; JENNIFER LOPEZ, individually and as an agent of

12 Nuyorican Productions, Inc.; MICHAEL VARTAN; WANDA

13 SYKES; MIGUEL A. NUNEZ, JR.; VILLAGE ROADSHOW PICTURES

14 ENTERTAINMENT INC., a Delaware Corporation; VILLAGE ROADSHOW,

15 LTD, an Australian Corporation; SANTA FE PRODUCTIONS NV, a

16 Belgian Public Limited Liability Company, d/b/a Paradiso

17 Entertainment; PARADISO ENTERTAINMENT NEDERLANDS

18 BV, a Dutch Private Limited Company; PARADISO HOME

19 ENTERTAINMENT, a Dutch Company; ENTERTAINMENT FILM

20 DISTRIBUTORS LTD, a British Corporation; METROPOLITAN

21 FILMEXPORT, a French Corporation; CW MEDIA, INC., a Canadian

22 Corporation, f/k/a Alliance Atlantis Communications Inc., d/b/a Motion

23 Picture Distribution LP; CW MEDIA SALES INC./CW VENTES MEDIA

24 INC., a Canadian Corporation; CANWEST GLOBAL

25 COMMUNICATIONS CORP., a Canadian Corporation; ALLIANCE

26 FILMS, INC., a Canadian Corporation, f/k/a Alliance Atlantis Communications

27 Inc., d/b/a Motion Picture Distribution LP; YLEISRADIO OY, a/k/a YLE, a

28 Finnish Company; FS FILM OY, a

258383.1.doc

1  Finnish Company; DISTRIBUTION
   COMPANY, S.A., an Argentinean
2  Company; THE ENDEAVOR
   AGENCY, LLC, a Delaware Limited
3  Liability Company; ADRIANA
   ALBERGHETTI, individually and as an
4  agent of the Endeavor Agency, LLC;
   THE INDEPENDENT FEATURE
5  PROJECT, INC., a New York
   Corporation; FILM INDEPENDENT,
6  INC., a California Corporation, f/k/a
   Independent Feature Project/West; and
7  DOES 1 through 10, inclusive,

8              Defendants.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

258383.1.doc

[PROPOSED] JUDGMENT DISMISSING PLAINTIFF'S SECOND AMENDED COMPLAINT

1 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        By written Order dated November 16, 2009 (Dkt. 421), as modified by

3 written Order dated February 17, 2010 (Dkt. 448), the Court dismissed all of

4 Plaintiff Sheri H. Gilbert's copyright claims based on the motion picture *Monster-*

5 *in-Law* against all of the defendants, finding that Plaintiff's works are not

6 substantially similar to the motion picture *Monster-in-Law* within the meaning of

7 the Copyright Act.

8        By written Order dated June 3, 2010 (Dkt. 497), the Court granted fifteen

9 defendants' motion for a judgment on the pleadings, dismissing all of Plaintiff's

10 remaining claims against the following defendants: CW Media Inc.; Distribution

11 Company Argentina S.A.; Jane Fonda; Jennifer Lopez; Robert Luketic; New Line

12 Home Entertainment, Inc.; New Line International Releasing, Inc.; New Line

13 Television, Inc.; Wanda Sykes; Time Warner, Inc.; Michael Vartan; Warner Bros.

14 Entertainment Inc.; Warner Bros. Home Entertainment, Inc.; Warner

15 Communications Inc.; and Warner Home Video Inc.

16        By written Order dated August 13, 2010 (Dkt. 624), the Court dismissed

17 Plaintiff's remaining claims against the following defendants: Adriana Alberghetti;

18 Avery Pix, Inc.; Chris Bender; Bender-Spink, Inc.; Julio Caro; Film Independent,

19 Inc.[1]; Firecracker Productions, Inc.; Michael Flynn; Anya Kochoff; Kumar

20 Mobiliengesellschaft mbH & Co. PROJEKT NR. 1 KG; Richard LaGravenese; New

21 Line Cinema Corporation; New Line Productions, Inc.; Nuyorican Productions, Inc.;

22 J.C. Spink; Spring Creek Productions, Inc.; The Endeavor Agency, LLC; Turner

23 Broadcasting System, Inc.; Paula Weinstein; and Written In Stone, Inc.

24 / / /

25 / / /

26 _____

27 [1] Defendant Film Independent, Inc. was represented by separate counsel.

28

258383.1.doc

1

1    NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

2         1.    Pursuant to the Court's Orders dated November 16, 2009 (as modified

3    on February 17, 2010), June 3, 2010, and August 13, 2010, all of which are

4    incorporated herein by reference, Plaintiff's Second Amended Complaint, and each

5    cause of action therein, is dismissed in its entirety, with prejudice.

6         2.    The defendants are the prevailing parties in this action and are entitled

7    to their costs.

8         3.    Requests for attorneys' fees may be made by regularly noticed motion

9    to the Court, pursuant to Rule 54 of the Federal Rules of Civil Procedure and any

10   other applicable rules and statutes, including Section 505 of the United States

11   Copyright Act.

12        4.    Requests for costs may be made by application to the Clerk of the

13   Court, pursuant to Rule 54 of the Federal Rules of Civil Procedure, and any other

14   applicable rules and statutes.

15   DATED: SEP 2 2 2010

16

17

18                                    The Honorable R. Gary Klasuner
                                      United States District Judge
19

20   Presented By:
     White O'Connor Fink & Brenner LLP

21        s/Lee S. Brenner

22        Lee S. Brenner
     Attorneys for Thirty-Four Defendants

23

24

25

26

27

28

258383.1.doc

                                      2
     [PROPOSED] JUDGMENT DISMISSING PLAINTIFF'S SECOND AMENDED COMPLAINT